# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Clark/Balfour Beatty - NCE, A Joint Venture ) ASBCA Nos. 60550, 60551
)
Under Contract No. W912DR-07-C-0027 )

APPEARANCES FOR THE APPELLANT:
Robert M. Moore, Esq.
Robert D. Windus, Esq.
  Moore & Lee, LLP
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:
Thomas J. Warren, Esq.
  Acting Engineer Chief Trial Attorney
Raymond O. Schlee, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

By motion filed on 12 December 2017, the parties jointly moved for the dismissal of these appeals and the corresponding government affirmative claims with prejudice. Accordingly, these appeals are dismissed from the Board's docket with prejudice.

Dated: 14 December 2017

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60550, 60551, Appeals of Clark/Balfour Beatty - NCE, A Joint Venture, rendered in conformance with the Board's Charter.

Dated: **DEC 1 5 2017**

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals